**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-1967**

─────────

DOROTHY ANN JONES, Estate of Edward Lee
Johnson,

                                       Plaintiff - Appellant,

       versus

RON ANGELONE, Director; LONNIE M. SANDERS,
Superintendent, Augusta Correctional Center,

                                 Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-00-850)

─────────

Submitted: March 6, 2003          Decided: March 13, 2003

─────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Dorothy Ann Jones, Appellant Pro Se. Christopher Garrett Hill,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dorothy Ann Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Although the district court noted that Jones failed to file objections to the magistrate judge's report, the record does not reflect that Jones was notified of her right to file objections or of the consequences for failing to do so. We conclude, however, that the magistrate judge correctly found Jones' action barred by the applicable statute of limitations. Therefore, to the extent the district court indicated it reviewed the magistrate judge's recommendation de novo and adopted it, we affirm on the reasoning of the district court. See Jones v. Angelone, No. CA-00-850 (E.D. Va. Aug. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2